USA-74-24B
(Rev. 05/00)

Sealed
Public and unofficial staff access to this instrument are prohibited by court order

HOUSTON DIVISION

**CRIMINAL DOCKET**

United States Courts
Southern District of Texas
FILED
*October 30, 2024*

Filed Nathan Ochsner, Clerk of Court

**FILED UNDER SEAL**

No. **4:24-cr-00561**

USAO Number: 2022R04957
Magistrate Number:

CRIMINAL INDICTMENT

Judge: **Hittner**

UNITED STATES of AMERICA
vs.

ANAS SAID

ATTORNEYS:
**ALAMDAR S. HAMDANI, USA**            (713) 567-9000
Steven Schammel, AUSA                  (713) 567-9000

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Attempting to provide material support or resources to a designated foreign terrorist organization [18 USC § 2339B and 2]

PENALTY: Ct. 1: Up to 20 years imprisonment and/or $250,000 fine; 3 years SRT, $100 SA

☐ In Jail
☐ On Bond
**X** No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: