**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO.  4:24-561** |
| | § | |
| | § | |
| **ANAS SAID** | § | |
|     **Defendant** | § | |

**ORDER DESIGNATING**
**CLASSIFIED INFORMATION SECURITY OFFICER**

This matter is before the Court on the Government's Request to designate a Classified Information Security Officer ("CISO") pursuant to the Classified Information Procedures Act, 18 U.S.C. App. III ("CIPA") and Section 2 of the Security Procedures established under Pub. L. 96-456, 94 Stat. 2025 by Chief Justice of the United States and promulgated pursuant to Section 9 of CIPA.  This Court hereby designates Winfield S. "Scooter" Slade as the Classified Information Security Officer in this case, to preform the duties and responsibilities prescribed in the Security Procedures promulgated by the Chief Justice.  The Court further designates the following persons as Alternative CISO, to serve in the event Mr. Slade is unavailable: Jennifer H. Campbell, Daniel O. Hartenstine, Aleksandr Kurtov, Daniella M. Medel, Matthew W. Mullery, William S. Noble, and Harry J. Rucker.

SO ORDERED on this _____ day of _____, 2024, at Houston, Texas.


_____
HON. DAVID HITTNER
UNITED STATES DISTRICT JUDGE