UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States District Court
Southern District of Texas
**ENTERED**
November 14, 2024
Nathan Ochsner, Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | Criminal No. 4:24−cr−00561 |
| § | |
| Anas Said § | |

### *DOCKET CONTROL ORDER*

The defendant having appeared with counsel for arraignment and having entered a plea of "not guilty", it is ordered that:

1. MOTIONS will be filed by — December 2, 2024

2. RESPONSES will be filed by — December 16, 2024

3. Proposed JURY QUESTIONS and JURY CHARGE will be filed by — January 6, 2025

4. PRETRIAL CONFERENCE will be held before Judge David Hittner, Courtroom 8A, 8th Floor **DEFFENDANT MUST BE PRESENT** — January 7, 2025 at 02:00 PM

5. JURY selection set for — January 14, 2025 at 10:00 AM

6. Speedy trial limits waived? (yes/no) — Yes

7. Estimated Trial Time: — 5 days

Direct questions about this schedule to Joseph Wells, Case Manager to United States District Judge David Hittner, at Joseph_Wells@txs.uscourts.gov, 713-250-5511.

SIGNED on November 14, 2024, at Houston, Texas.

Peter Bray
United States Magistrate Judge