IN THE UNITED STATES DISTRICT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | C.R. H-24-561 |
| Anas Said, | § | |
| Defendant. | § | |
| | § | |

## AMENDED DOCKET CONTROL ORDER

The defendants having appeared with counsel for arraignment and having entered a plea of "not guilty." it is ORDERED that:

1. MOTIONS will be filed by:   March 3, 2025

2. RESPONSES will be filed by:   March 13, 2025

3. Proposed JURY QUESTIONS and JURY CHARGE will be filed by   April 7, 2025

4. FINAL PRETRIAL CONFERENCE **DEFENDANT MUST BE PRESENT**   April 8, 2025 at 2:00 p.m.

5. JURY selection and TRIAL set for   April 14, 2025 at 10:30 a.m.

This will constitute an excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161 (h)(7)(A).

Direct questions about this schedule to JOSEPH WELLS, Courtroom Deputy Clerk, U.S. District Clerk's Office, P.O. Box 61010, Houston, Texas 77208; (713) 250-5511.

SIGNED on _____Dec 2_____ at Houston, Texas.

_____
DAVID HITTNER
UNITED STATES DISTRICT JUDGE