**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
|     **Plaintiff** | § | |
| | § | |
| **vs.** | § | **CASE NO. 4:24-cr-00561** |
| | § | |
| **ANAS SAID** | § | |
|     **Defendant.** | § | |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD**

TO THE HONORABLE DAVID HITTNER, JUDGE, UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION:

COMES NOW Baldemar Zuniga, the attorney of record for Defendant in the above styled and numbered cause and moves the Court to be allowed to withdraw as the Defendant's attorney of record. Attorney Baldemar Zuniga filed a Notice of Attorney Appearance for defendant on November 12, 2024. Attorney Sufia Mirza Khalid filed a Notice of Attorney Appearance on October 31, 2025 and has been on as counsel since that date. Defendant has requested Baldemar Zuniga withdraw as counsel and for Sufia Mirza Khalid to take over as sole lead counsel in this matter.

WHEREFORE, the undersigned counsel prays that he be allowed to withdraw as attorney of record for the Defendant in this case.

Respectfully Submitted,

/s/Baldemar F. Zuniga_____
Baldemar F. Zuniga
State Bar No. 24053572
6200 Savoy, Suite 630
Houston, Texas 77036
(713) 817-4865 Direct
(713) 378-4529 Office
(713) 532-2644 Facsimile
vzuniga@713druglaw.com

AGREED:

/s/ Anas Said
  Anas Said


## **CERTIFICATE OF CONFERENCE**

Counsel for Defendant corresponded with Attorney Surfia Mirza Khalid and she agrees to this Motion to Withdraw as Attorney of Record and to take over as sole lead counsel.

/s/ Baldemar F. Zuniga
Baldemar F. Zuniga

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2026, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification to all interested parties.

/s/ Baldemar F. Zuniga
Baldemar F. Zuniga
