**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| | § | |
| **v.** | § | **CRIMINAL NO.  4:24-561** |
| | § | |
| | § | |
| **ANAS SAID,** | § | |
| **Defendant.** | § | |

## GOVERNMENT'S NOTICE OF CLASSIFIED FILING

The United States (the "government") hereby provides notice that on May 21, 2026, the government made a classified filing concerning Section 4 of the Classified Information Procedures Act in coordination with the Classified Information Security Officer.

Respectfully submitted,

JOHN G.E. MARCK
ACTING UNITED STATES ATTORNEY
SOUTHERN DISTRICT OF TEXAS


*/s/ Liesel Roscher*
Steven Schammel
Liesel Roscher
Assistant United States Attorneys
U.S. Attorney's Office
1000 Louisiana, Ste. 2300
Houston, Texas 77002
(713) 567-9766

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 21, 2026, I electronically filed the foregoing document with the Clerk of the Court via CM/ECF.

*/s/ Liesel Roscher*
Liesel Roscher
Assistant United States Attorney
