IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA, §
§
§
§
v. § Criminal No. 4:24-cr-561
§
ANAS SAID §
§
§
§

## ORDER

Pending before the Court is **Defendant's Motion to Dismiss the Indictment as Void for Vagueness as Applied and First Amendment Grounds (Document No. 46)**. Having considered the motion, submissions, arguments raised by the parties, and applicable law, the Court determines that the motion should be denied.

Also pending before the Court is **Defendant's Motion to Compel, Motion to Conduct In Camera Review, and Motion for the Court to Impose a Production Deadline (Document No. 45)**. The Court notes that it has reviewed all discovery provided by the Government in accordance with the Classified Information Procedures Act as outlined in the Government's Notice Pursuant to 18 U.S.C. App. III & Memorandum of Law Regarding the Classified Information Procedures Act (Document No. 10). The Court further notes that it will continue to review any further filings, confidential or otherwise, from the Government.

Thus, having considered the motion, submissions, arguments raised by the parties, the Court's own independent evidentiary review, and applicable law, the Court determines that Defendant's pending motion pertaining to discovery should be denied. Accordingly, the Court hereby

**ORDERS** that Defendant's Motion to Dismiss the Indictment as Void for Vagueness as Applied and First Amendment Grounds (Document No. 46) is **DENIED**. The Court further

**ORDERS** that Defendant's Motion to Compel, Motion to Conduct In Camera Review, and Motion for the Court to Impose a Production Deadline (Document No. 45) is **DENIED**.

SIGNED at Houston, Texas, on this _5_ day of June, 2026.

DAVID HITTNER
United States District Judge

2