**IN THE UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**UNITED STATES OF AMERICA**
    **Plaintiff,**               §

                                        **CRIMINAL NO. 4:24-561**

**v.**                       §

**ANAS SAID**
    **Defendant.**             §

## MOTION IN LIMINE FOR GRANT OF PERMISSION TO PERFORM LIVE TELEGRAM DEMONSTRATION

Defense counsel moves for an order in limine permitting counsel to use demonstrative aids during trial. In particular, defense counsel requests permission to conduct a live demonstration of the Telegram application.

### FACTUAL BACKGROUND

The government has charged Anas Said under 18 U.S.C. §§ 2339B and 2 with knowingly attempting to provide material support and resources—to wit: personnel (himself) and services. Much of the government's factual basis, as elucidated in its Memorandum In Support of Detention, revolves around Anas's use of Telegram and his interactions on Telegram with an individual named Abu Hamam. The government claims that:

> On December 11, 2023, the Defendant wrote to the Designer via an encrypted messaging application, "Brother, I edited the clip based on your comments. You are the number 1 designer for the Dawlah [Islamic State],

1

right?" The Designer responded, "I am number 2. No worries, we are all one. Send it." Later, on January 6, 2024, the Defendant asked the Designer for his nickname. The next day, the Designer responded:

> You can call me the Dawlawi designer or you can call me as the brother used to before. He used to send his designs for me to modify and because of the many changes, he used to be scared of me so he would call me 'the nightmare'. So maybe I should call myself 'the designers' nightmare' in the future in the hope that the brothers in the group won't shun away from me

> The Defendant replied, "Your wish is my command, my brother the Dawlah designer. No, you do not deserve the nickname 'nightmare' I will call you 'professor' because you tolerate my mistakes in designs even though I keep repeating them [laughing face] despite the comments."

ECF No. 8, at 7.

The government has also introduced evidence in discovery to allege that Anas created multiple Telegram groups, some of which he was an admin of, exchanged messages with pro-ISIS users on Telegram, and sent graphic designs he created on Telegram groups.

## ARGUMENT

To properly assist the jury in understanding Anas's interactions on Telegram and the nature of the groups he joined, defense counsel requests the Court to grant permission for it to conduct a live educational demonstration of how a user interacts on Telegram. More specifically, the government rests its core coordination theory on a single conversation between Anas and Abu Hamam in which they discussed Abu Hamam's Telegram IDs. The government alleges that

through this conversation, Anas gained the knowledge that Abu Hamam was affiliated with ISIS. Defense counsel, however, intends to demonstrate that "Al Dawlwai Designer 2" was merely one of Abu Hamam's Telegram screen-name designations in a particular group (since Abu Hamam had multiple accounts and groups), and not a reference to a rank within ISIS's organizational hierarchy.

In order to understand the defense's argument against coordination, the jury will need to understand how a user interacts on Telegram in private messages and in larger groups and the ways in which a user can have multiple names and roles linked under one account. "Fed. R. Evid. 611 confers on trial courts discretion to control the presentation of evidence, including the use of demonstrative evidence. Allowing the use of pedagogical devices intended to present the government's version of the case is within the bounds of the trial court's discretion to control the presentation of evidence. Such demonstrative aids typically are permissible to assist the jury in evaluating the evidence[.]" *United States v. Garcia*, 334 F. App'x 609, 610 (5th Cir. 2009). Defense counsel, therefore, requests the Court to permit it in introducing a demonstrative aid, i.e., conducting a live presentation of a user using Telegram in front of a jury.

**CONCLUSION**

3

For the above reasons, counsel requests this Court to allow it to conduct a live demonstration of how an individual can use Telegram.

Respectfully submitted,

/s/ Sufia M. Khalid
/s/ Suha Najjar

Sufia M. Khalid
Suha Najjar
Attorneys for the Defendant Anas Said
National Security Criminal Defense Center
Muslim Legal Fund of America
100 N. Central Expy., Suite 1010
Richardson, TX 75080
972-914-2507

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served on counsel for the government via ECF in accordance with the Federal Rules of Criminal Procedure on June 26, 2026.

/s/    Sufia M. Khalid
Sufia M. Khalid