

4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Jihadists Share Cartoons Promoting IS Fighters, Mocking Attacks in West

Category: Jihadist Threat - ChatterMay 14, 2024



**On a popular image sharing platform, jihadists have shared cartoons promoting Islamic State (IS) fighters and mocking attacks in the West.**

<div style="background:#13232b;color:#3fd0e0;padding:12px;">VIEW ON SOURCEFEED DATABASE</div>

**Pinterest users have posted over a dozen of these images, some in an anime style, appearing alongside posters by prominent IS-aligned units under the Intaj al-Ansar banner such as al-Battar Media Foundation, al-Taqwa Media Foundation, and Serah al-Khilafah Media Foundation.**

**The cartoons range from depicting IS fighters gathered together and pledging to the "Caliph" and standing with the Black Standard as a pyramid in Egypt explode, to joking about the 9/11 attacks and strikes in Paris, France. Some, particularly those sharing the same art style and displaying yellow English captions, appear to have been made by the same designer, but the identity is unknown.**

**Below are examples of the cartoons:**

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.

Phoca PDF



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Jihadists Share Cartoons Promoting IS Fighters, Mocking Attacks in West

Category: Jihadist Threat - ChatterMay 14, 2024

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.

Phoca PDF



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Jihadists Share Cartoons Promoting IS Fighters, Mocking Attacks in West

Category: Jihadist Threat - ChatterMay 14, 2024

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Jihadists Share Cartoons Promoting IS Fighters, Mocking Attacks in West

Category: Jihadist Threat - ChatterMay 14, 2024



All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.

Phoca PDF



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Jihadists Share Cartoons Promoting IS Fighters, Mocking Attacks in West

Category: Jihadist Threat - ChatterMay 14, 2024

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Jihadists Share Cartoons Promoting IS Fighters, Mocking Attacks in West

Category: Jihadist Threat - ChatterMay 14, 2024

![A cartoon showing a masked figure holding a rifle on a Paris street with the Eiffel Tower in the background, captioned "- I told my parents that I am going to study medicine in France"]

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.

Phoca PDF



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Jihadists Share Cartoons Promoting IS Fighters, Mocking Attacks in West

Category: Jihadist Threat - ChatterMay 14, 2024

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Jihadists Share Cartoons Promoting IS Fighters, Mocking Attacks in West

Category: Jihadist Threat - ChatterMay 14, 2024

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

## Jihadists Share Cartoons Promoting IS Fighters, Mocking Attacks in West

Category: Jihadist Threat - ChatterMay 14, 2024

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Jihadists Share Cartoons Promoting IS Fighters, Mocking Attacks in West

Category: Jihadist Threat - ChatterMay 14, 2024

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

## Jihadists Share Cartoons Promoting IS Fighters, Mocking Attacks in West

Category: Jihadist Threat - ChatterMay 14, 2024

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.

Phoca PDF



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Jihadists Share Cartoons Promoting IS Fighters, Mocking Attacks in West

Category: Jihadist Threat - ChatterMay 14, 2024



All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Jihadists Share Cartoons Promoting IS Fighters, Mocking Attacks in West

Category: Jihadist Threat - ChatterMay 14, 2024

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Jihadists Share Cartoons Promoting IS Fighters, Mocking Attacks in West

Category: Jihadist Threat - ChatterMay 14, 2024

![figure]

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE
Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.