

4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Citing Zurich Attacker, IS-aligned Unit Urges Lone Wolves Heed Call to Attack Jews and Christians

Category: Jihadist Threat - ChatterMarch 12, 2024



**Citing the teenage jihadist behind the stabbing in Zurich, Switzerland, an Islamic State (IS)-aligned unit urged lone wolves to heed the call to attack Jews and Christians wherever they are found.**

## VIEW ON SOURCEFEED DATABASE

**Serah al-Khilafah Media Foundation published a poster on March 12, 2024, displaying Ahmed al-Dabbah from his video pledging to IS leader Abu Hafs al-Hashimi al-Qurashi and a photo from the crime scene. On the graphic, it placed an Arabic message titled, "And Fight Against the Polytheists Collectively, calling on supporters to answer the call to action given by IS spokesman Abu Hudhayfa al-Ansari in his January 2024 speech, "And Kill Them Wherever You Find Them."**

**Following is a translation of the message:**

One of the youths of Islam, a lion of the Islamic State, attacked a Jewish synagogue with a knife, stabbing multiple people, some of whom are in critical condition in the capital of the so-called secure "Switzerland", in response to the call of Shaykh Abu Hudhayfah al-Ansari to target the Jews and their helpers everywhere in support of our brothers in Bayt al-Maqdis [Jerusalem], just as the Jews, the Christians, and their helpers fight us over every land and under every sky. We must kill them and fight them wherever they reside and wherever they are found, as a recompense. The Jew

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.

Phoca PDF



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Citing Zurich Attacker, IS-aligned Unit Urges Lone Wolves Heed Call to Attack Jews and Christians

Category: Jihadist Threat - ChatterMarch 12, 2024

in Palestine or China is a disbeliever whose blood is permissible, and those among them who remain silent are complicit in the crime. Just as they attack us, we will respond to their hostility and break their source strength. Our fire will not be extinguished until we take revenge on our brothers, whether that is soon or later. Let us kill the men, capture the women, and enslave the offspring. So wait, for we are waiting with you.

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.

Phoca PDF