

4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Returning to Stadiums as Targets, IS-aligned Unit Urges Supporters Attack Venues in London, Madrid, and Paris

Category: Jihadist Threat - ChatterApril 6, 2024



**Returning to the idea of stadiums as potential targets, an Islamic State (IS)-aligned unit urged supporters to attack venues in London, Madrid, and Paris.**

### VIEW ON SOURCEFEED DATABASE

**Serah al-Khilafah Media Foundation published a poster on April 6, 2024, naming and showing photos of Emirates Stadium in London, UK; Metropolitano Arena and Santiago Bernabeu in Madrid, Spain; and Parc de Prince in Paris, France, and displaying Arabic text across all four reading, "Kill Them All."**

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.

Phoca PDF



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Returning to Stadiums as Targets, IS-aligned Unit Urges Supporters Attack Venues in London, Madrid, and Paris

Category: Jihadist Threat - ChatterApril 6, 2024



**Along with the poster, the unit directed jihadists to the following hashtags that refer to the UEFA Champions League (UCL):**

#UCLDraw
#Packmas
#MiaSanMia
#Arsenal
#FCBayern
#FCBARS
#ParisSaintGerman
#FCBPSG
#PSGFCB
#Madridistas
#HalaMadrid
@BVB09
@BVB
@FCBBayern
@PSG
@Arsenal

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.

Phoca PDF



**INTELLIGENCE**
GROUP

4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

Returning to Stadiums as Targets, IS-aligned Unit Urges Supporters Attack Venues in London, Madrid, and Paris

Category: Jihadist Threat - ChatterApril 6, 2024

@Realmadrid
@Mancity
@Barcelona
@Atlaticomadrid

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.

Phoca PDF