

4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

IS-aligned Unit Incites Operation Outside Arena in Germany

Category: Jihadist Threat - ChatterMarch 29, 2024



**An Islamic State (IS)-aligned unit incited supporters to target civilians outside an arena in Germany.**

VIEW ON SOURCEFEED DATABASE

**Serah al-Khilafah Media Foundation published a poster on March 20, 2024, showing people congregated outside the Allianz Arena in Munich, with graphics presenting a match between the IS and "kufar," or "disbelievers," and crosshair over a walkway. Arabic text reads:**

My monotheists brother, take them when they come out.

All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.

Phoca PDF



4938 Hampden Lane Suite 156
Bethesda, MD 20814
1-800-680-2326
inquiry@siteintelgroup.com

## IS-aligned Unit Incites Operation Outside Arena in Germany

Category: Jihadist Threat - ChatterMarch 29, 2024



All SITE Intelligence Group materials are copyrighted as outlined in the subscriber Terms and Agreements document. Re-distribution of SITE Intelligence Group materials is not permitted and is in violation of the terms of all subscriptions.

Phoca PDF