

THE MEIR AMIT INTELLIGENCE AND TERRORISM INFORMATION CENTER
AT THE ISRAELI INTELLIGENCE HERITAGE AND COMMEMORATION CENTER

 

# Spotlight on Global Jihad
## November 10-16, 2022



## Main events of the past week

▶ **ISIS supporters threaten to carry out attacks during FIFA World Cup in Qatar.**

▶ **ISIS's activity throughout the world continued to decrease.**

▶ **Sinai Peninsula:** A Sinai Tribal Union fighter was killed in the explosion of an IED activated against a Union force east of Rafah.

▶ **Syria:** Fighting continues between local militias and ISIS cells in the city of Daraa and its environs. ISIS carried out several attacks against the Kurdish forces in the northeast of the country. Two Syrian army officers were killed in the explosion of an IED apparently activated by ISIS about 40 km west of Palmyra.

▶ **Iraq:** The Iraqi forces' counterterrorism activity against ISIS continued, alongside minor ISIS activity.

▶ **Afghanistan:** A Taliban force raided an apartment used by ISIS as a hiding place in Kabul. Five ISIS operatives were killed.

▶ **Turkey:** On November 13, 2022, an IED exploded in central Istanbul. Six people were killed and 82 were wounded. A Syrian citizen was arrested as a suspect in planting the IED. The Turkish authorities blamed the Kurdish PKK for carrying out the attack. The PKK, for its part, denied any involvement in the attack. A senior Turkish official did not rule out the possibility that ISIS was behind it.

▶ **Africa: Nigeria:** ISIS carried out several attacks against the Nigerian army in the northeast of the country. **Mozambique:** ISIS continued to carry out attacks against the Mozambican army and Christian residents in the northeast of the country. The organization announced that last month, its operatives attacked a ruby mine and set it on fire. **Somalia:** Fighting continued between the Somali army and the Al-Qaeda-affiliated Al-Shabaab Organization. A total of 17 Al-Shabaab operatives were killed in a US airstrike.

▶ **Terrorism financing:** ISIS operatives began to use the Tinder dating app (in its South African version only) to fraudulently obtain funds for the organization.

181-22

2

▶**The battle for hearts and minds:** ISIS merged three media foundations affiliated with it to improve its media network. The organization launched a smartphone app for the Al-Hawl camp residents, which includes news and ISIS indoctrination.

## ISIS supporters threaten to carry out attacks during the World Cup in Qatar

▶A Telegram account affiliated with ISIS published posts this week calling on ISIS supporters to carry out attacks during the FIFA World Cup which will be held in Qatar between November 20 and December 18, 2022. According to the messages that appeared on the account, the account owner called on ISIS supporters to "take advantage of the unique opportunity" where audiences gather from all over the world, to carry out attacks, including biological attacks, against the citizens of the countries of the Global Coalition to Defeat ISIS, in revenge for their actions (MEMRI, September 7, 2022)[1]. It should be noted that also before the previous World Cup, held in Russia in 2018, similar threats were made by ISIS and its supporters to carry out attacks but ultimately nothing materialized.

## The Sinai Peninsula

### ISIS activity

▶On November 15, 2022, a Sinai Tribal Union fighter was killed by the explosion of an IED activated against a Union force east of the village of Al-Husaynat, west of Rafah (Sinaa Mubasher Facebook page, November 15, 2022; Telegram, November 15, 2022). ISIS claimed responsibility for the incident, stating that the IED was activated against a patrol of the Sinai Tribal Union while it was conducting searches near the village of Al-Mutla, west of Rafah, and that a Sinai Tribal Union fighter was killed (Telegram, November 15, 2022).

---

[1] https://www.memri.org/jttm/pro-isis-telegram-channel-threatens-attacks-fifa-world-cup-qatar-2022-encourages-biological

## The Syrian arena[2]



**Map of Syria's provinces (freeworldmaps.net)**

## Southern Syria

▶ This week, fighters of the local factions in the city of Daraa continued fighting against ISIS in Daraa and its environs:

- The fighters of the local factions with the help of the 8th Brigade of the Syrian Army took full control of the Tariq al-Sadd neighborhood (Enab Baladi, November 15, 2022). On November 15, 2022, the fighters of the local factions carried out searches in Daraa al-Balad's neighborhoods and found the bodies of five ISIS operatives, including a commander (Syrian Observatory for Human Rights, November 15, 2022).

- On November 14, 2022, fighters of local factions with the support of the Syrian army blew up an ISIS car bomb in the Tariq al-Sadd neighborhood before it reached its destination. Fighters of the local factions took over the apartment of one of ISIS's commanders, Muhammad al-Musalama. Abu Omar Abazid, the commander of the military activity against ISIS, was wounded (Enab Baladi, November 14, 2022).

- On November 12-15, 2022, the factions took over several buildings in the Tariq al-Sadd neighborhood in Daraa, where ISIS operatives took shelter. Several fighters of the factions were killed and an ISIS operative who tried to activate a bomb he was carrying was shot dead (Twitter account Daraa24, November 15, 2022; Al-Araby al-Jadeed, November 12, 2022).

---

[2] According to ISIS claims of responsibility on Telegram and the Arab media.

4

▶ From the beginning of the clashes in and around Daraa, which began on October 31, 2022, until November 15, 2022, a total of 28 people were killed in Daraa: 16 ISIS operatives, five fighters from local groups, a soldier of the 8th Brigade (which receives Russian support), and six civilians, including two children, a media figure, and an old man (Syrian Observatory for Human Rights, November 15, 2022).

## The desert region

▶ On November 13, 2022, an IED was activated, apparently by ISIS, against a Syrian army vehicle on the Homs-Palmyra road, about 40 km west of Palmyra. Two officers with the rank of mulazim (lieutenant) were killed (Al-Badia 24 Twitter account, November 13, 2022).

▶ On November 12, 2022, an attack was carried out, apparently by ISIS, against positions of the Syrian army and the Homeland Defense Forces supporting them, in the desert region west of the city of Deir ez-Zor (Deir ez-Zor 24 Twitter account, November 12, 2022). No casualties were reported.

## Idlib region

▶ On November 14, 2022, operatives of Ansar al-Islam ("Supporters of Islam"), a jihadi Kurdish organization affiliated with Al-Qaeda, fired (apparently artillery) from the southern part of the rebel enclave in Idlib at Russian and Syrian forces in the Hama region (SITE, November 14, 2022). No casualties were reported.

## Deir ez-Zor-Al-Mayadeen region

▶ On November 14, 2022, an SDF vehicle was targeted by gunfire in the region of the town of Al-Basira, about 15 km north of Al-Mayadeen. A commander and two SDF fighters were killed. The vehicle was damaged (Telegram, November 14, 2022).

▶ On November 9, 2022, ISIS operatives shot and fired an RPG at a Kurdish checkpoint on the bridge of the town of Al-Basira, about 15 km north of Al-Mayadeen. Several SDF fighters were wounded (Telegram, November 9, 2022). In another incident, ISIS operatives shot at a joint convoy of a US force and the SDF forces in the Dhiban region, about 5 km east of Al-Mayadeen. Several vehicles were damaged but there were no casualties (Telegram, November 12, 2022).

## Al-Raqqah region

▶ On November 9, 2022, an ISIS IED was activated against an SDF vehicle on the Al-Salehiya-Hazima road, about 20 km north of Al-Raqqah. Two SDF fighters were wounded (Telegram, November 10, 2022).

## Al-Hasakah region

▶ On November 9, 2022, an ISIS IED was activated against an SDF vehicle in the Maghluga region, about 25 km southwest of Al-Hasakah. The passengers on board were wounded (Telegram, November 10, 2022).

# Counterterrorism activity

## American assistance to the SDF forces in protecting the detention facilities

▶ The US Department of Defense recently began assisting the SDF forces to improve the detention facilities of ISIS operatives in order to prevent ISIS from breaking into them and releasing the organization's detainees, numbering about 10,000 operatives. This is due to ISIS's threats to release its prisoners by force, following ISIS attacks in the areas adjacent to the prison facilities, and in view of the conclusions reached in the wake of the attack on the Al-Hasakah prison on January 20, 2022.[3] According to a senior US Defense Department official, ISIS regards the release of its operatives from the detention facilities as yet another means to fill its ranks. The Department of Defense applied to the Congress for authorization and finance in order to assist the Kurdish forces to carry out the improvements. Some of the work that has already begun included the construction of watch towers and the installation of searchlights to prevent the smuggling of detainees during the night. The goal is to build more secure detention facilities and improve access to medical and other services (Politico, November 9, 2022).

---

[3] For further details, see the ITIC's Information Bulletin from February 8, 2022, "ISIS's takeover of the prison in Al-Hasakah, which it presents as an achievement, may bring about additional such actions"

6

# The Iraqi arena



**Provinces of Iraq (Wikipedia)**

## ISIS attacks by province[4]

### Kirkuk Province

▶ ISIS operatives exchanged fire with the Iraqi counterterrorism unit fighters in the Tuz Khormato district, about 70 km south of Kirkuk. No casualties were reported (Al-Sumaria, November 11, 2022).

## Counterterrorism activity

### Salah al-Din Province

▶ On November 11, 2022, the Iraqi security forces detained three ISIS operatives in the Tarmiyah district, about 30 km north of Baghdad. The three detainees, who had been operating as part of ISIS's North Baghdad Province, admitted in their interrogation that they had killed three civilians, residents of Tarmiyah, in the years 2021-2022. In addition, they admitted having activated IEDs against forces of the Iraqi army and the Popular Mobilization, and even admitted to manufacturing them (SecMedCell Facebook page, November 11, 2022).

---

[4] According to ISIS claims of responsibility and the Iraqi media.



**Three ISIS operatives detained in Tarmiyah (SecMedCell Facebook page, November 11, 2022)**

## Kirkuk Province

▶ On November 12, 2022, F-16 fighter jets of the Iraqi Air Force carried out an airstrike against an ISIS terrorist hotspot on the outskirts of the village of Bir Ahmed, about 65 km south of Kirkuk. Five bodies of ISIS operatives, and weapons, were found at the scene (SecMedCell Facebook page, November 12, 2022).

▶ On November 11, 2022 Lebanon handed over to Iraq an Iraqi ISIS operative named Abdullah al-Sabawi, born in 1994, who is the nephew of former Iraqi president Saddam Hussein. Al-Sabawi is accused of being one of the perpetrators of the ISIS massacre at the Iraqi Camp Speicher air force base west of Tikrit on June 12, 2014, in which ISIS operatives killed 1,566 cadets who were at the base (Beirut Observer, November 12, 2022).

## Al-Anbar Province

▶ On November 11, 2022, the Iraqi security forces, acting on intelligence, set up ambushes at various entrances to the Ramadi district, about 90 km west of Baghdad. Three wanted ISIS operatives were detained (Al-Sumaria, November 11, 2022).

## Summary of ISIS's activity in the various provinces

▶ An infographic published by ISIS, summing up its activity around the world between November 3 and November 10, 2022, indicates that the organization carried out 14 attacks in its various provinces around the globe (compared to 15 in the previous week). The largest number of attacks was carried out by ISIS's Syria Province (4). Attacks carried out in the other provinces: Mozambique (3); West Africa (2); Iraq (1); Khorasan, i.e., Afghanistan (1); Central Africa (1); Al-Sahel (1); Sinai (1). A total of 38 people were killed and wounded in the attacks, compared to 88 people in the previous week. The largest number of casualties was in the Al-Sahel Province (14). The other casualties were in the following provinces: Syria (7); Sinai (5);

8

Mozambique (4); West Africa (3); Iraq (2); Khorasan, i.e., Afghanistan (2); and Central Africa (1) (Al-Naba weekly, Telegram, November 10, 2022). This is a continuation of ISIS's low-scale activity around the world.



**Summary of ISIS attacks (Al-Naba, Telegram, November 10, 2022)**

### ISIS attacks by week (according to ISIS data)



# Africa

## Nigeria

### ISIS activity[5]

▶ On November 11, 2022, a Nigerian army patrol was attacked between the towns of Katavila and Mararaba, in Adamawa State, south of Borno State, about 10 km west of the Nigeria-Cameroon border. The soldiers fled. A vehicle was seized (Telegram, November 13, 2022).

▶ On November 10, 2022, an IED was activated against a Nigerian army foot patrol between the towns of Katavila and Mararaba. Three soldiers were killed and others were wounded (Telegram, November 10, 2022).

▶ On November 9, 2022, a joint camp of the Nigerian and Cameroonian armies was attacked in the town of Wulgo, close to the Nigeria-Cameroon border, in Borno State, northeastern Nigeria. Three soldiers were killed. A medium machine gun and an assault rifle were seized (Telegram, November 12, 2022).

▶ On November 9, 2022, a Red Cross headquarters was attacked in the town of Monguno, about 100 km northeast of Maiduguri, in Borno State. About 25 vehicles were set on fire. In addition, there was an exchange of fire with a Nigerian army patrol near a military camp. Several soldiers were killed or wounded. One vehicle was set on fire and another was put out of commission. A medium machine gun was seized (Telegram, November 12, 2022).

### ISIS financial activity in the Lake Chad area

▶ Operatives of ISIS's West Africa Province recently ordered farmers and fishermen in the Lake Chad region to stop using Nigeria's official currency, the naira. This move by ISIS is related to the announcement by the Central Bank of Nigeria to redesign the banknotes so that after December 15, 2022, it will not be possible to use the old banknotes. According to an expert on counterterrorism and security in the Lake Chad region, ISIS operatives are now receiving payments in another currency, the West African CFA franc[6], to replace the Nigerian naira as the currency of trade in this region. It should be noted that ISIS operatives collect a monthly tax of 1,500 West African francs (approximately US$2.36) from anyone using roads controlled by ISIS (legit, November 15, 2022).

---

[5] According to ISIS's claims of responsibility.

[6] West African franc is a currency used by eight countries in West Africa, members of the West African Economic and Monetary Union: Benin, Burkina Faso, Ivory Coast, Guinea Bissau, Mali, Niger, Senegal, and Togo.

10

## Mozambique

▶ ISIS claimed responsibility for several attacks against Christian civilians and local security forces in the Cabo Delgado Province in northeastern Mozambique.

◆ On November 14, 2022, ISIS operatives attacked the Christian village of Moabula, in the Cabo Delgado Province, and exchanged fire with a force of the Mozambican army and militias supporting it in the village. The soldiers and the fighters fled. A Christian civilian was abducted and beheaded. Over 10 homes of Christian residents were set on fire (Telegram, November 15, 2022).

◆ On November 13, 2022, ISIS operatives attacked the Christian village of Malia, in the Balama region, in the Cabo Delgado Province. Two Christian residents were beheaded. Several homes were set on fire and some of the property was seized (Telegram, November 15, 2022).

◆ On November 10, 2022, ISIS operatives attacked a Mozambican army compound in the village of Naguida, in the Macomia region, in the eastern part of the Cabo Delgado Province. Three soldiers were killed and the rest fled. The compound was set on fire after the operatives seized what they could. In addition, several Christian civilians were killed or wounded. Dozens of homes of Christian residents were set on fire (Telegram, November 12, 2022). Two days before, on November 8, 2022, there were exchanges of fire between ISIS operatives and a joint patrol of the Mozambican army and forces of the African Coalition SADC (Southern African Development Community), who tried to advance towards ISIS positions in the village of Najalonga in the Cabo Delgado Province. The soldiers and the fighters fled. ISIS seized weapons and ammunition (Telegram, November 9, 2022).

◆ On November 9, 2022, ISIS operatives attacked the Christian village of Nanraba, in the Cabo Delgado Province. Two Christian residents were beheaded. Several homes were set on fire (Telegram, November 10, 2022).

▶ According to ISIS'S Al-Naba weekly, about a month ago, on October 20, 2022, ISIS operatives attacked the Montepuez ruby mine in Cabo Delgado and set it on fire. According to the report, mining equipment was destroyed by the operatives, which caused large financial losses to this company that "steals the treasures of Muslims." The report refers to the Montepuez ruby mine in Cabo Delgado, which is one of the largest ruby mines in the world. It is operated by the Gemrock Mining company, which serves as a subcontractor of the Indian gemstone

company Diacolour International. Following the attack on the mine, it was reported that work in the mine was stopped "for security reasons" and would not be resumed for the time being (Al-Naba weekly, Telegram, November 10, 2022; The Print, November 12, 2022). This action is part of the "economic war" waged by ISIS against the "infidels."

## The Democratic Republic of the Congo

▶ ISIS claimed responsibility for attacking the Christian village of Kabacha, on the road between Beni and Butembo, in the North Kivu Province in northeastern Congo, on November 8, 2022. Several Christian residents were killed or wounded. Over 10 homes and stores and four vehicles were set on fire (Telegram, November 9, 2022).

## Niger

▶ On the night of November 7-8, 2022, militants, apparently ISIS or Boko Haram operatives, abducted eight people in the town of Maldjori, in the Diffa region, in the southeastern part of Niger, about 2.5 km from the Niger-Nigeria border. On November 9, 2022, the Nigerien security forces conducted an operation to rescue the abductees. Five of the abductors were killed in the exchange of fire, as well as one of the abductees (MSN, November 9, 2022).

## Somalia

## Al-Shabaab activity

▶ On November 9, 2022, operatives of the Al-Qaeda-affiliated Al-Shabaab organization attacked a Somali army force about 285 km northeast of Mogadishu. At the request of the Somali government, the US Army's Africa Command carried out an airstrike against these Al-Shabaab operatives and 17 were killed (AFRICOM Twitter account, November 11, 2022). No casualties in the Somali army were reported.

▶ On November 7, 2022, Al-Shabaab operatives detonated a car bomb against a telecommunications center and a telecommunications tower adjacent to it in the village of Qaayib, in Galmudug State, about 350 km north of Mogadishu. As a result, the telecommunications center and the tower were destroyed and nearly 14,000 customers lost access to communications services (VOA, November 7, 2022).



**Telecommunications center and tower destroyed northeast of Mogadishu
(Hormuud Telecom, November 7, 2022)**

## Counterterrorism activity

▶ On November 11, 2022, a force of the Somali army stopped an attack by the Al-Shabaab Organization against a military base on the outskirts of the city of Beledweyne, in Hiran province, about 300 km north of Mogadishu. A total of 12 Al-Shabaab operatives were killed and three Somali army soldiers were wounded. The Al-Shabaab Organization claimed responsibility for the attack and stated that the target was forces trained by Turkey. According to Al-Shabaab, 31 Somali army soldiers were killed. Weapons and nine vehicles were seized (VOA, November 11, 2022).

▶ The Ministry of Information of Galmudug State, about 250 km northeast of Mogadishu, announced that a force of the Somali army and a militia supporting it had carried out an attack on November 9, 2022 against operatives of the Al-Shabaab Organization. A total of 20 Al-Shabaab operatives were killed and weapons were seized. Six Somali army soldiers were wounded. In addition, the forces took over two towns that had been under the control of Al-Shabaab for ten years, El Gorof and Wabho, which are about 290 km northeast of Mogadishu (U.S. News, November 9, 2022). On the night of November 11, 2022, forces of the Somali army and a local militia withdrew from the town of Wabho, thus paving the way for the return of Al-Shabaab operatives to this town (Garowe Online, November 13, 2022).

## Ethiopia

▶ On November 10, 2022, the Ethiopian army announced that over 100 teenagers who tried to leave Ethiopia and join the ranks of Al-Shabaab in Somalia had been arrested. The Ethiopian army is operating against Al-Shabaab in the south and east of the country along the common border with Somalia (All Africa, November 10, 2022).

13

## Asia

### Afghanistan

▶ On the night of November 12, 2022, a Taliban force raided an apartment used as a hiding place for ISIS, in the Khirkhana area, in the northern part of Kabul (an area with a majority of Afghans of Tajik origin). Local residents reported several explosions and intense exchanges of fire. Five ISIS operatives were killed. According to the Taliban, these operatives were involved in the activation of small IEDs and were planning to carry out a larger attack (Al-Shorouk, November 13, 2022).

## Pakistan

### ISIS activity

▶ This week, ISIS's Pakistan Province claimed responsibility for two incidents of assassination of security personnel: On November 12, 2022, an intelligence officer was shot dead in the village of Shesha Dagar, in the Kalat region of Balochistan province, in southwestern Pakistan (Telegram, November 12, 2022). On November 10, 2022, an officer in the Pakistan police was shot dead in the Jamrud region, in west Peshawar, about 30 km east of the Pakistan-Afghanistan border (Telegram, November 11, 2022).

### India

▶ On November 10, 2022, a force of India's National Investigation Agency (NIA) raided a building in the Mayiladuthurai district of Tamil Nadu, in southeastern India, where an Islamic association that promoted the ideas of ISIS was operating. Materials linking the activity there to ISIS were seized (Times of India, November 11, 2022).

### Turkey

▶ On November 13, 2022, an IED was activated in Istiqlal Avenue, in the center of Istanbul. Six people were killed and 81 were wounded. According to Turkish President Recep Tayyip Erdoğan, the authorities have launched an investigation to locate those responsible for activating the IED. The next day, November 14, 2022, the Turkish Minister of the Interior, Süleyman Soylu, announced that a Turkish police force had arrested a Syrian citizen named Ahlam al-Bashir, who is suspected of setting the IED. Soylu noted that according to the Turkish security officials, the order for this attack came from Ayn al-Arab, near the Syrian-Turkish border, where, according to Turkey, the Syrian headquarters of the PKK organization is located. According to the Istanbul police, Ahlam al-Bashir was trained by the PKK and the

14

YPG and then entered Turkey through the Afrin region, about 40 km northwest of Aleppo. **However, according to a senior Turkish official, the Turkish authorities also do not rule out a connection between the terrorist who planted the IED and ISIS** (Reuters, November 14, 2022). The military arm of the Kurdish PKK organization as well as the commander of the Kurdish SDF forces, Mazloum Abdi, denied any involvement in the attack. As part of the investigation and the examination of 1,200 security cameras, 46 people were arrested in 21 different addresses. Under interrogation, the detainees admitted that they had intended to carry out additional attacks throughout Turkey (Hürriyet Daily News, November 13-14, 2022; Al-Jazeera, November 14, 2022; Reuters, November 14, 2022; euronews, November 15, 2022).

## Maldives

▶ On November 11, 2022, the Maldives police arrested 14 people suspected of being ISIS operatives and planning to carry out a multi-casualty attack in the country. The raids were carried out on 13 houses in three different areas of the Maldives. In recent years, there has been an increase in religious extremism in this island nation, where about half a million Sunni Muslims live. It should be noted that there are luxury resorts in the Maldives attracting tourists from all over the world (ABC News, November 15, 2022).

## Lebanon

▶ Between July and October 2022, the Lebanese internal security forces reportedly detained 30 ISIS operatives who were members of eight terrorist squads in different areas of Lebanon: in the Bekaa, Beirut, and Mount Lebanon. According to the report, most of the detainees are Lebanese and the rest are Syrians and Palestinians, and one Egyptian. They planned to carry out attacks against security and civilian targets throughout Lebanon (Al-Arabiya, November 9, 2022).

# Europe
## Belgium

▶ On November 10, 2022, a man armed with a knife stabbed two Belgian policemen while they were on patrol in the capital Brussels. They called for assistance and another policeman who arrived at the scene shot and wounded the stabber. One of the policemen, who was stabbed in the neck, died of his wounds. According to the Federal Prosecutor's Office, the initial investigation raises suspicions of a terrorist attack (AP, November 11, 2022). The second policeman who was stabbed reportedly said that the assailant shouted "Allah Akbar" before

the stabbing. The perpetrator, Yassin M. (this is how his name appears in the original report), about 30 years old, was in prison between 2013-2019 for offenses unrelated to terrorism but appeared on a list of violent extremists subject to supervision (BBC, November 11, 2022).

### United States

▶ On November 8, 2022, Mustafa Mousab Alowemer, 24, a resident of Pittsburgh, Pennsylvania, was sentenced by a Pennsylvania court to 17 years and four months in prison. He admitted trying to provide material aid to ISIS and planning to bomb a church in Pittsburgh (US Department of Justice, November 9, 2022). Alowemer is a Syrian refugee who arrived in the United States in August 2016. He was detained on June 19, 2019, at age 21 (France24, June 20, 2019).

## Terrorism financing

### ISIS using the Tinder app to fund terrorism

▶ ISIS operatives began using the Tinder dating app (currently in its South African version only) to fraudulently obtain funds for the organization. According to "The Times" of London, the operatives establish contact through the application with single men and women and conduct conversations, chats and even exchange intimate photos. Once the conversation turns sour, demands are made for money or the users are blackmailed. According to "The Times", the method, which has been nicknamed "Tinder terror", contributes to the funding of the organization's terrorist network throughout Africa. It should be noted that ISIS operatives made use of fake personal details and photos of unknown actors and models to lure the users of the application. Tinder issued a warning to the users of the application in connection with this activity (The Times, November 14, 2022).

## The battle for hearts and minds

▶ This week, the editorial of ISIS's Al-Naba weekly was entitled "Follow their path even though you are alone." It tries to encourage ISIS's operatives to continue in the organization's path and calls on others to join. It also reveals the organization's personnel shortage and perhaps even desertion of some of the operatives. The article first notes that only a few throughout Islamic history have been exemplary figures for those who follow them and persisted in their path despite the difficulties. The author praises the sacrifice and dedication of ISIS operatives who persevere on the path of jihad and calls on strong and determined Muslims to join the

organization as the Islamic nation needs them now. He adds that they will find the path difficult, but faith in Allah is the fuel that will make them endure and Allah will help those who adhere to him (Al-Naba' weekly, Telegram, November 10, 2022).



**The article "Follow their path even though you are alone"**
**(Al-Naba weekly, Telegram, November 10, 2022)**

## Merging three ISIS propaganda foundations

▶ ISIS's propaganda network published a statement according to which three propaganda Foundations affiliated with the organization would be merged with the organization's Sarkh al-Khilafah Foundation and will appear under the name of this foundation. The foundations are: Al-Khayr Information Foundation (Mu'asasat al-Khayr al-I'lamiya), Al-Gholam al-Dawlawi Foundation, and the Khadamat al-Ansar Foundation (the foundation of the supporters' services). The reason for the merger, as stated in the announcement, is to join forces and facilitate the transfer of information materials (Telegram, November 8, 2022). This is a move that indicates the weakness of ISIS's media network and the organization's attempt to improve it through the merger of several different institutions, which apparently are not able to function well enough on their own.

17

**The announcement on the merger of ISIS's propaganda foundations**
**(Telegram, November 8, 2022)**

## ISIS has launched an Android app

ISIS has recently launched an app for smartphones with an Android operating system called "Jihad for the sake of Allah" (Al-Jihad fi Sabil Allah) for the residents of the Al-Hawl camp (about 35 km east of Al-Hasakah), where the families of the organization's operatives are held. The app includes news, information about what is happening in the camp, and ISIS indoctrination (Twitter account of Dr. Michael Barak, November 10, 2022)[7].

## Summary of four years of activity against Christians worldwide

ISIS's Al-Naba weekly published an infographic summing up four years of the organization's activity against Christians around the world between the years 1440-1444 AH, that is, from September 11, 2018, to July 30, 2022. According to the infographic, during this period, ISIS operatives carried out 839 attacks against Christians around the world, in which 5,198 people were killed and wounded. As part of the attacks, 2,781 houses, 36 compounds belonging to Christians, and 67 churches were set on fire. Tens of thousands of Christian citizens were displaced from their homes, 260 vehicles were destroyed or put out of commission, dozens of motorcycles were set on fire, and two helicopters and two drones were shot down (Al-Naba, Telegram, November 10, 2022).

---

[7]
https://twitter.com/Michael_Barak/status/1590643174803853312?t=P2cJzOyrqWR1AVGKa_N9nA&s=08

18



**The infographic on ISIS's activity against Christians in the world in the recent four years**

Case 4:24-cr-00561   Document 65-6   Filed 06/26/26 in TXSD   Page 19 of 50

Home (https://www.terroris…          Terrorist Organizations…    …

# Spotlight on Global Jihad (November 10-16, 2022) (https://www.terrorism-info.org.il/en/spotlight-on-global-jihad-november-10-16-2022/)

Published: 17/11/2022



( **Full document in PDF format** (https://www.terrorism-info.org.il/app/uploads… )

## Main events of the past week

Case 4:24-cr-00561 Document 65-6 Filed 06/26/26 in TXSD Page 20 of 50

**ISIS supporters threaten to carry out attacks during FIFA World Cup in Qatar.**

**ISIS's activity throughout the world continued to decrease.**

**Sinai Peninsula:** A Sinai Tribal Union fighter was killed in the explosion of an IED activated against a Union force east of Rafah.

**Syria:** Fighting continues between local militias and ISIS cells in the city of Daraa and its environs. ISIS carried out several attacks against the Kurdish forces in the northeast of the country. Two Syrian army officers were killed in the explosion of an IED apparently activated by ISIS about 40 km west of Palmyra.

**Iraq:** The Iraqi forces' counterterrorism activity against ISIS continued, alongside minor ISIS activity.

**Afghanistan:** A Taliban force raided an apartment used by ISIS as a hiding place in Kabul. Five ISIS operatives were killed.

**Turkey:** On November 13, 2022, an IED exploded in central Istanbul. Six people were killed and 82 were wounded. A Syrian citizen was arrested as a suspect in planting the IED. The Turkish authorities blamed the Kurdish PKK for carrying out the attack. The PKK, for its part, denied any involvement in the attack. A senior Turkish official did not rule out the possibility that ISIS was behind it.

**Africa: Nigeria:** ISIS carried out several attacks against the Nigerian army in the northeast of the country. **Mozambique:** ISIS continued to carry out attacks against the Mozambican army and Christian residents in the northeast of the country. The organization announced that last month, its operatives attacked a ruby mine and set it on fire. **Somalia:** Fighting continued between the Somali army and the Al-Qaeda-affiliated Al-Shabaab Organization. A total of 17 Al-Shabaab operatives were killed in a US airstrike.

11/4/24, 6:57 PM
Case 4:24-cr-00561 — Document 65-6 Filed 06/26/26 in TXSD Page 21 of 50
Spotlight on Global Jihad (November 10-16, 2022) - The Meir Amit Intelligence and Terrorism Information Center

**Terrorism financing:** ISIS operatives began to use the Tinder dating app (in its South African version only) to fraudulently obtain funds for the organization.

**The battle for hearts and minds:** ISIS merged three media foundations affiliated with it to improve its media network. The organization launched a smartphone app for the Al-Hawl camp residents, which includes news and ISIS indoctrination.

## ISIS supporters threaten to carry out attacks during the World Cup in Qatar

A Telegram account affiliated with ISIS published posts this week calling on ISIS supporters to carry out attacks during the FIFA World Cup which will be held in Qatar between November 20 and December 18, 2022. According to the messages that appeared on the account, the account owner called on ISIS supporters to "take advantage of the unique opportunity" where audiences gather from all over the world, to carry out attacks, including biological attacks, against the citizens of the countries of the Global Coalition to Defeat ISIS, in revenge for their actions (MEMRI, September 7, 2022)[1]. It should be noted that also before the previous World Cup, held in Russia in 2018, similar threats were made by ISIS and its supporters to carry out attacks but ultimately nothing materialized.

## <u>The Sinai Peninsula</u>

### ISIS activity

On November 15, 2022, a Sinai Tribal Union fighter was killed by the explosion of an IED activated against a Union force east of the village of Al-Husaynat, west of Rafah (Sinaa Mubasher Facebook page, November 15, 2022; Telegram, November 15, 2022). ISIS claimed responsibility for the incident, stating that the IED was activated against a patrol of the Sinai Tribal Union while it was

Case 4:24-cr-00561   Document 65-6   Filed 06/26/26 in TXSD   Page 22 of 50

conducting searches near the village of Al-Mutla, west of Rafah, and that a Sinai Tribal Union fighter was killed (Telegram, November 15, 2022).

## The Syrian arena[2]



**Map of Syria's provinces (freeworldmaps.net)**

## Southern Syria

This week, fighters of the local factions in the city of Daraa continued fighting against ISIS in Daraa and its environs:

The fighters of the local factions with the help of the 8th Brigade of the Syrian Army took full control of the Tariq al-Sadd neighborhood (Enab Baladi,

November 15, 2022). On November 15, 2022, the fighters of the local factions carried out searches in Daraa al-Balad's neighborhoods and found the bodies of five ISIS operatives, including a commander (Syrian Observatory for Human Rights, November 15, 2022).

On November 14, 2022, fighters of local factions with the support of the Syrian army blew up an ISIS car bomb in the Tariq al-Sadd neighborhood before it reached its destination. Fighters of the local factions took over the apartment of one of ISIS's commanders, Muhammad al-Musalama. Abu Omar Abazid, the commander of the military activity against ISIS, was wounded (Enab Baladi, November 14, 2022).

On November 12-15, 2022, the factions took over several buildings in the Tariq al-Sadd neighborhood in Daraa, where ISIS operatives took shelter. Several fighters of the factions were killed and an ISIS operative who tried to activate a bomb he was carrying was shot dead (Twitter account Daraa24, November 15, 2022; Al-Araby al-Jadeed, November 12, 2022).

From the beginning of the clashes in and around Daraa, which began on October 31, 2022, until November 15, 2022, a total of 28 people were killed in Daraa: 16 ISIS operatives, five fighters from local groups, a soldier of the 8th Brigade (which receives Russian support), and six civilians, including two children, a media figure, and an old man (Syrian Observatory for Human Rights, November 15, 2022).

## The desert region

On November 13, 2022, an IED was activated, apparently by ISIS, against a Syrian army vehicle on the Homs-Palmyra road, about 40 km west of Palmyra. Two officers with the rank of mulazim (lieutenant) were killed (Al-Badia 24 Twitter account, November 13, 2022).

On November 12, 2022, an attack was carried out, apparently by ISIS, against positions of the Syrian army and the Homeland Defense Forces supporting them, in the desert region west of the city of Deir ez-Zor (Deir ez-Zor 24 Twitter account, November 12, 2022). No casualties were reported.

## Idlib region

On November 14, 2022, operatives of Ansar al-Islam ("Supporters of Islam"), a jihadi Kurdish organization affiliated with Al-Qaeda, fired (apparently artillery) from the southern part of the rebel enclave in Idlib at Russian and Syrian forces in the Hama region (SITE, November 14, 2022). No casualties were reported.

## Deir ez-Zor-Al-Mayadeen region

On November 14, 2022, an SDF vehicle was targeted by gunfire in the region of the town of Al-Basira, about 15 km north of Al-Mayadeen. A commander and two SDF fighters were killed. The vehicle was damaged (Telegram, November 14, 2022).

On November 9, 2022, ISIS operatives shot and fired an RPG at a Kurdish checkpoint on the bridge of the town of Al-Basira, about 15 km north of Al-Mayadeen. Several SDF fighters were wounded (Telegram, November 9, 2022). In another incident, ISIS operatives shot at a joint convoy of a US force and the SDF forces in the Dhiban region, about 5 km east of Al-Mayadeen. Several vehicles were damaged but there were no casualties (Telegram, November 12, 2022).

## Al-Raqqah region

On November 9, 2022, an ISIS IED was activated against an SDF vehicle on the Al-Salehiya-Hazima road, about 20 km north of Al-Raqqah. Two SDF fighters were wounded (Telegram, November 10, 2022).

# Al-Hasakah region

On November 9, 2022, an ISIS IED was activated against an SDF vehicle in the Maghluga region, about 25 km southwest of Al-Hasakah. The passengers on board were wounded (Telegram, November 10, 2022).

## Counterterrorism activity

## American assistance to the SDF forces in protecting the detention facilities

The US Department of Defense recently began assisting the SDF forces to improve the detention facilities of ISIS operatives in order to prevent ISIS from breaking into them and releasing the organization's detainees, numbering about 10,000 operatives. This is due to ISIS's threats to release its prisoners by force, following ISIS attacks in the areas adjacent to the prison facilities, and in view of the conclusions reached in the wake of the attack on the Al-Hasakah prison on January 20, 2022.[3] According to a senior US Defense Department official, ISIS regards the release of its operatives from the detention facilities as yet another means to fill its ranks. The Department of Defense applied to the Congress for authorization and finance in order to assist the Kurdish forces to carry out the improvements. Some of the work that has already begun included the construction of watch towers and the installation of searchlights to prevent the smuggling of detainees during the night. The goal is to build more secure detention facilities and improve access to medical and other services (Politico, November 9, 2022).

## The Iraqi arena



**Provinces of Iraq (Wikipedia)**

## ISIS attacks by province[4]

## Kirkuk Province

ISIS operatives exchanged fire with the Iraqi counterterrorism unit fighters in the Tuz Khormato district, about 70 km south of Kirkuk. No casualties were reported

(Al-Sumaria, November 11, 2022).

## Counterterrorism activity

## Salah al-Din Province

On November 11, 2022, the Iraqi security forces detained three ISIS operatives in the Tarmiyah district, about 30 km north of Baghdad. The three detainees, who had been operating as part of ISIS's North Baghdad Province, admitted in their interrogation that they had killed three civilians, residents of Tarmiyah, in the years 2021-2022. In addition, they admitted having activated IEDs against forces of the Iraqi army and the Popular Mobilization, and even admitted to manufacturing them (SecMedCell Facebook page, November 11, 2022).

Case 4:24-cr-00561 Document 65-6 Filed 06/26/26 in TXSD Page 28 of 50



**Three ISIS operatives detained in Tarmiyah (SecMedCell Facebook page, November 11, 2022)**

## Kirkuk Province

On November 12, 2022, F-16 fighter jets of the Iraqi Air Force carried out an airstrike against an ISIS terrorist hotspot on the outskirts of the village of Bir Ahmed, about 65 km south of Kirkuk. Five bodies of ISIS operatives, and weapons, were found at the scene (SecMedCell Facebook page, November 12, 2022).

On November 11, 2022 Lebanon handed over to Iraq an Iraqi ISIS operative named Abdullah al-Sabawi, born in 1994, who is the nephew of former Iraqi president Saddam Hussein. Al-Sabawi is accused of being one of the perpetrators of the ISIS massacre at the Iraqi Camp Speicher air force base west of Tikrit on June 12, 2014, in which ISIS operatives killed 1,566 cadets who were at the base (Beirut Observer, November 12, 2022).

## Al-Anbar Province

On November 11, 2022, the Iraqi security forces, acting on intelligence, set up ambushes at various entrances to the Ramadi district, about 90 km west of Baghdad. Three wanted ISIS operatives were detained (Al-Sumaria, November 11, 2022).

## Summary of ISIS's activity in the various provinces

An infographic published by ISIS, summing up its activity around the world between November 3 and November 10, 2022, indicates that the organization carried out 14 attacks in its various provinces around the globe (compared to 15 in the previous week). The largest number of attacks was carried out by ISIS's Syria Province (4). Attacks carried out in the other provinces: Mozambique (3); West Africa (2); Iraq (1); Khorasan, i.e., Afghanistan (1); Central Africa (1); Al-Sahel (1); Sinai (1). A total of 38 people were killed and wounded in the attacks, compared to 88 people in the previous week. The largest number of casualties was in the Al-Sahel Province (14). The other casualties were in the following provinces: Syria (7); Sinai (5); Mozambique (4); West Africa (3); Iraq (2); Khorasan, i.e., Afghanistan (2); and Central Africa (1) (Al-Naba weekly, Telegram, November 10, 2022). This is a continuation of ISIS's low-scale activity around the world.



**Summary of ISIS attacks (Al-Naba, Telegram, November 10, 2022)**

**ISIS attacks by week (according to ISIS data)**



## Africa

## Nigeria

## ISIS activity[5]

On November 11, 2022, a Nigerian army patrol was attacked between the towns of Katavila and Mararaba, in Adamawa State, south of Borno State, about 10 km west of the Nigeria-Cameroon border. The soldiers fled. A vehicle was seized (Telegram, November 13, 2022).

On November 10, 2022, an IED was activated against a Nigerian army foot patrol between the towns of Katavila and Mararaba. Three soldiers were killed and others were wounded (Telegram, November 10, 2022).

On November 9, 2022, a joint camp of the Nigerian and Cameroonian armies was attacked in the town of Wulgo, close to the Nigeria-Cameroon border, in Borno State, northeastern Nigeria. Three soldiers were killed. A medium machine gun and an assault rifle were seized (Telegram, November 12, 2022).

On November 9, 2022, a Red Cross headquarters was attacked in the town of Monguno, about 100 km northeast of Maiduguri, in Borno State. About 25 vehicles were set on fire. In addition, there was an exchange of fire with a Nigerian army patrol near a military camp. Several soldiers were killed or wounded. One vehicle was set on fire and another was put out of commission. A medium machine gun was seized (Telegram, November 12, 2022).

## ISIS financial activity in the Lake Chad area

Operatives of ISIS's West Africa Province recently ordered farmers and fishermen in the Lake Chad region to stop using Nigeria's official currency, the naira. This move by ISIS is related to the announcement by the Central Bank of Nigeria to redesign the banknotes so that after December 15, 2022, it will not be possible to use the old banknotes. According to an expert on counterterrorism and security in the Lake Chad region, ISIS operatives are now receiving payments in another currency, the West African CFA franc[6], to replace the Nigerian naira as the currency of trade in this region. It should be noted that ISIS operatives collect a monthly tax of 1,500 West African francs (approximately US$2.36) from anyone using roads controlled by ISIS (legit, November 15, 2022).

## Mozambique

ISIS claimed responsibility for several attacks against Christian civilians and local security forces in the Cabo Delgado Province in northeastern Mozambique.

On November 14, 2022, ISIS operatives attacked the Christian village of Moabula, in the Cabo Delgado Province, and exchanged fire with a force of the Mozambican army and militias supporting it in the village. The soldiers and the fighters fled. A Christian civilian was abducted and beheaded. Over 10 homes of Christian residents were set on fire (Telegram, November 15, 2022).

On November 13, 2022, ISIS operatives attacked the Christian village of Malia, in the Balama region, in the Cabo Delgado Province. Two Christian residents were beheaded. Several homes were set on fire and some of the property was seized (Telegram, November 15, 2022).

On November 10, 2022, ISIS operatives attacked a Mozambican army compound in the village of Naguida, in the Macomia region, in the eastern part of the Cabo Delgado Province. Three soldiers were killed and the rest fled. The compound was set on fire after the operatives seized what they could. In addition, several Christian civilians were killed or wounded. Dozens of homes of Christian residents were set on fire (Telegram, November 12, 2022). Two days before, on November 8, 2022, there were exchanges of fire between ISIS operatives and a joint patrol of the Mozambican army and forces of the African Coalition SADC (Southern African Development Community), who tried to advance towards ISIS positions in the village of Najalonga in the Cabo Delgado Province. The soldiers and the fighters fled. ISIS seized weapons and ammunition (Telegram, November 9, 2022).

On November 9, 2022, ISIS operatives attacked the Christian village of Nanraba, in the Cabo Delgado Province. Two Christian residents were beheaded. Several homes were set on fire (Telegram, November 10, 2022).

According to ISIS'S Al-Naba weekly, about a month ago, on October 20, 2022, ISIS operatives attacked the Montepuez ruby mine in Cabo Delgado and set it on fire. According to the report, mining equipment was destroyed by the operatives,

which caused large financial losses to this company that "steals the treasures of Muslims." The report refers to the Montepuez ruby mine in Cabo Delgado, which is one of the largest ruby mines in the world. It is operated by the Gemrock Mining company, which serves as a subcontractor of the Indian gemstone company Diacolour International. Following the attack on the mine, it was reported that work in the mine was stopped "for security reasons" and would not be resumed for the time being (Al-Naba weekly, Telegram, November 10, 2022; The Print, November 12, 2022). This action is part of the "economic war" waged by ISIS against the "infidels."

## The Democratic Republic of the Congo

ISIS claimed responsibility for attacking the Christian village of Kabacha, on the road between Beni and Butembo, in the North Kivu Province in northeastern Congo, on November 8, 2022. Several Christian residents were killed or wounded. Over 10 homes and stores and four vehicles were set on fire (Telegram, November 9, 2022).

# Niger

On the night of November 7-8, 2022, militants, apparently ISIS or Boko Haram operatives, abducted eight people in the town of Maldjori, in the Diffa region, in the southeastern part of Niger, about 2.5 km from the Niger-Nigeria border. On November 9, 2022, the Nigerien security forces conducted an operation to rescue the abductees. Five of the abductors were killed in the exchange of fire, as well as one of the abductees (MSN, November 9, 2022).

## Somalia

## Al-Shabaab activity

Case 4:24-cr-00561 Document 65-6 Filed 06/26/26 in TXSD Page 35 of 50

On November 9, 2022, operatives of the Al-Qaeda-affiliated Al-Shabaab organization attacked a Somali army force about 285 km northeast of Mogadishu. At the request of the Somali government, the US Army's Africa Command carried out an airstrike against these Al-Shabaab operatives and 17 were killed (AFRICOM Twitter account, November 11, 2022). No casualties in the Somali army were reported.

On November 7, 2022, Al-Shabaab operatives detonated a car bomb against a telecommunications center and a telecommunications tower adjacent to it in the village of Qaayib, in Galmudug State, about 350 km north of Mogadishu. As a result, the telecommunications center and the tower were destroyed and nearly 14,000 customers lost access to communications services (VOA, November 7, 2022).

Case 4:24-cr-00561   Document 65-6   Filed 06/26/26 in TXSD   Page 36 of 50



**Telecommunications center and tower destroyed northeast of Mogadishu**

**(Hormuud Telecom, November 7, 2022) Counterterrorism activity**

On November 11, 2022, a force of the Somali army stopped an attack by the Al-Shabaab Organization against a military base on the outskirts of the city of Beledweyne, in Hiran province, about 300 km north of Mogadishu. A total of 12

Al-Shabaab operatives were killed and three Somali army soldiers were wounded. The Al-Shabaab Organization claimed responsibility for the attack and stated that the target was forces trained by Turkey. According to Al-Shabaab, 31 Somali army soldiers were killed. Weapons and nine vehicles were seized (VOA, November 11, 2022).

The Ministry of Information of Galmudug State, about 250 km northeast of Mogadishu, announced that a force of the Somali army and a militia supporting it had carried out an attack on November 9, 2022 against operatives of the Al-Shabaab Organization. A total of 20 Al-Shabaab operatives were killed and weapons were seized. Six Somali army soldiers were wounded. In addition, the forces took over two towns that had been under the control of Al-Shabaab for ten years, El Gorof and Wabho, which are about 290 km northeast of Mogadishu (U.S. News, November 9, 2022). On the night of November 11, 2022, forces of the Somali army and a local militia withdrew from the town of Wabho, thus paving the way for the return of Al-Shabaab operatives to this town (Garowe Online, November 13, 2022).

## Ethiopia

On November 10, 2022, the Ethiopian army announced that over 100 teenagers who tried to leave Ethiopia and join the ranks of Al-Shabaab in Somalia had been arrested. The Ethiopian army is operating against Al-Shabaab in the south and east of the country along the common border with Somalia (All Africa, November 10, 2022).

## Asia

## Afghanistan

Case 4:24-cr-00561 Document 65-6 Filed 06/26/26 in TXSD Page 38 of 50

On the night of November 12, 2022, a Taliban force raided an apartment used as a hiding place for ISIS, in the Khirkhana area, in the northern part of Kabul (an area with a majority of Afghans of Tajik origin). Local residents reported several explosions and intense exchanges of fire. Five ISIS operatives were killed. According to the Taliban, these operatives were involved in the activation of small IEDs and were planning to carry out a larger attack (Al-Shorouk, November 13, 2022).

## Pakistan

## ISIS activity

This week, ISIS's Pakistan Province claimed responsibility for two incidents of assassination of security personnel: On November 12, 2022, an intelligence officer was shot dead in the village of Shesha Dagar, in the Kalat region of Balochistan province, in southwestern Pakistan (Telegram, November 12, 2022). On November 10, 2022, an officer in the Pakistan police was shot dead in the Jamrud region, in west Peshawar, about 30 km east of the Pakistan-Afghanistan border (Telegram, November 11, 2022).

## India

On November 10, 2022, a force of India's National Investigation Agency (NIA) raided a building in the Mayiladuthurai district of Tamil Nadu, in southeastern India, where an Islamic association that promoted the ideas of ISIS was operating. Materials linking the activity there to ISIS were seized (Times of India, November 11, 2022).

## Turkey

On November 13, 2022, an IED was activated in Istiqlal Avenue, in the center of Istanbul. Six people were killed and 81 were wounded. According to Turkish President Recep Tayyip Erdoğan, the authorities have launched an investigation to locate those responsible for activating the IED. The next day, November 14, 2022, the Turkish Minister of the Interior, Süleyman Soylu, announced that a Turkish police force had arrested a Syrian citizen named Ahlam al-Bashir, who is suspected of setting the IED. Soylu noted that according to the Turkish security officials, the order for this attack came from Ayn al-Arab, near the Syrian-Turkish border, where, according to Turkey, the Syrian headquarters of the PKK organization is located. According to the Istanbul police, Ahlam al-Bashir was trained by the PKK and the YPG and then entered Turkey through the Afrin region, about 40 km northwest of Aleppo. **However, according to a senior Turkish official, the Turkish authorities also do not rule out a connection between the terrorist who planted the IED and ISIS** (Reuters, November 14, 2022). The military arm of the Kurdish PKK organization as well as the commander of the Kurdish SDF forces, Mazloum Abdi, denied any involvement in the attack. As part of the investigation and the examination of 1,200 security cameras, 46 people were arrested in 21 different addresses. Under interrogation, the detainees admitted that they had intended to carry out additional attacks throughout Turkey (Hürriyet Daily News, November 13-14, 2022; Al-Jazeera, November 14, 2022; Reuters, November 14, 2022; euronews, November 15, 2022).

## Maldives

On November 11, 2022, the Maldives police arrested 14 people suspected of being ISIS operatives and planning to carry out a multi-casualty attack in the country. The raids were carried out on 13 houses in three different areas of the Maldives. In recent years, there has been an increase in religious extremism in this island nation, where about half a million Sunni Muslims live. It should be

noted that there are luxury resorts in the Maldives attracting tourists from all over the world (ABC News, November 15, 2022).

## Lebanon

Between July and October 2022, the Lebanese internal security forces reportedly detained 30 ISIS operatives who were members of eight terrorist squads in different areas of Lebanon: in the Bekaa, Beirut, and Mount Lebanon. According to the report, most of the detainees are Lebanese and the rest are Syrians and Palestinians, and one Egyptian. They planned to carry out attacks against security and civilian targets throughout Lebanon (Al-Arabiya, November 9, 2022).

## Europe

## Belgium

On November 10, 2022, a man armed with a knife stabbed two Belgian policemen while they were on patrol in the capital Brussels. They called for assistance and another policeman who arrived at the scene shot and wounded the stabber. One of the policemen, who was stabbed in the neck, died of his wounds. According to the Federal Prosecutor's Office, the initial investigation raises suspicions of a terrorist attack (AP, November 11, 2022). The second policeman who was stabbed reportedly said that the assailant shouted "Allah Akbar" before the stabbing. The perpetrator, Yassin M. (this is how his name appears in the original report), about 30 years old, was in prison between 2013-2019 for offenses unrelated to terrorism but appeared on a list of violent extremists subject to supervision (BBC, November 11, 2022).

## United States

On November 8, 2022, Mustafa Mousab Alowemer, 24, a resident of Pittsburgh, Pennsylvania, was sentenced by a Pennsylvania court to 17 years and four months in prison  He admitted trying to provide material aid to ISIS and planning to bomb a church in Pittsburgh (US Department of Justice, November 9, 2022)  Alowemer is a Syrian refugee who arrived in the United States in August 2016  He was detained on June 19, 2019, at age 21 (France24, June 20, 2019)

## Terrorism financing

### ISIS using the Tinder app to fund terrorism

ISIS operatives began using the Tinder dating app (currently in its South African version only) to fraudulently obtain funds for the organization  According to "The Times" of London, the operatives establish contact through the application with single men and women and conduct conversations, chats and even exchange intimate photos  Once the conversation turns sour, demands are made for money or the users are blackmailed  According to "The Times", the method, which has been nicknamed "Tinder terror", contributes to the funding of the organization's terrorist network throughout Africa  It should be noted that ISIS operatives made use of fake personal details and photos of unknown actors and models to lure the users of the application  Tinder issued a warning to the users of the application in connection with this activity (The Times, November 14, 2022)

## The battle for hearts and minds

This week, the editorial of ISIS's Al Naba weekly was entitled "Follow their path even though you are alone " It tries to encourage ISIS's operatives to continue in the organization's path and calls on others to join  It also reveals the organization's personnel shortage and perhaps even desertion of some of the operatives  The article first notes that only a few throughout Islamic history have

Case 4:24-cr-00561 Document 65-6 Filed 06/26/26 in TXSD Page 42 of 50

been exemplary figures for those who follow them and persisted in their path despite the difficulties. The author praises the sacrifice and dedication of ISIS operatives who persevere on the path of jihad and calls on strong and determined Muslims to join the organization as the Islamic nation needs them now. He adds that they will find the path difficult, but faith in Allah is the fuel that will make them endure and Allah will help those who adhere to him (Al-Naba' weekly, Telegram, November 10, 2022).




الافتتاحية ٣



**اسلك سبيلهم ولو كنت وحدك!**

Case 4:24-cr-00561 Document 65-6 Filed 06/26/26 in TXSD Page 44 of 50

**The article "Follow their path even though you are alone"**

**(Al-Naba weekly, Telegram, November 10, 2022)**

## Merging three ISIS propaganda foundations

ISIS's propaganda network published a statement according to which three propaganda Foundations affiliated with the organization would be merged with the organization's Sarkh al-Khilafah Foundation and will appear under the name of this foundation. The foundations are: Al-Khayr Information Foundation (Mu'asasat al-Khayr al-I'lamiya), Al-Gholam al-Dawlawi Foundation, and the Khadamat al-Ansar Foundation (the foundation of the supporters' services). The reason for the merger, as stated in the announcement, is to join forces and facilitate the transfer of information materials (Telegram, November 8, 2022). This is a move that indicates the weakness of ISIS's media network and the organization's attempt to improve it through the merger of several different institutions, which apparently are not able to function well enough on their own.



Case 4:24-cr-00561    Document 65-6    Filed 06/26/26 in TXSD    Page 46 of 50

**The announcement on the merger of ISIS's propaganda foundations**

**(Telegram, November 8, 2022)**

## ISIS has launched an Android app

ISIS has recently launched an app for smartphones with an Android operating system called "Jihad for the sake of Allah" (Al-Jihad fi Sabil Allah) for the residents of the Al-Hawl camp (about 35 km east of Al-Hasakah), where the families of the organization's operatives are held. The app includes news, information about what is happening in the camp, and ISIS indoctrination (Twitter account of Dr. Michael Barak, November 10, 2022)[7].

## Summary of four years of activity against Christians worldwide

ISIS's Al-Naba weekly published an infographic summing up four years of the organization's activity against Christians around the world between the years 1440-1444 AH, that is, from September 11, 2018, to July 30, 2022. According to the infographic, during this period, ISIS operatives carried out 839 attacks against Christians around the world, in which 5,198 people were killed and wounded. As part of the attacks, 2,781 houses, 36 compounds belonging to Christians, and 67 churches were set on fire. Tens of thousands of Christian citizens were displaced from their homes, 260 vehicles were destroyed or put out of commission, dozens of motorcycles were set on fire, and two helicopters and two drones were shot down (Al-Naba, Telegram, November 10, 2022).

11/4/24, 6:57 PM
Case 4:24-cr-00561   Document 65-6   Filed 06/26/26 in TXSD   Page 47 of 50
Spotlight on Global Jihad (November 10-16, 2022) - The Meir Amit Intelligence and Terrorism Information Center



## The infographic on ISIS's activity against Christians in the world in the recent four years

**Full document in PDF format** (https://www.terrorism-info.org.il/app/uploads…

[1]      https://www.memri.org/jttm/pro-isis-telegram-channel-threatens-attacks-fifa-world-cup-qatar-2022-encourages-biological      (https://www.memri.org/jttm/pro-isis-telegram-channel-threatens-attacks-fifa-world-cup-qatar-2022-encourages-biological) ↑

[2] According to ISIS claims of responsibility on Telegram and the Arab media. ↑

[3] For further details, see the ITIC's Information Bulletin from February 8, 2022, "ISIS's takeover of the prison in Al-Hasakah, which it presents as an achievement, may bring about additional such actions      (https://www.terrorism-info.org.il/en/isiss-takeover-of-the-prison-in-al-hasakah-which-it-presents-as-an-achievement-may-bring-about-additional-such-actions/)" ↑

[4] According to ISIS claims of responsibility and the Iraqi media. ↑

[5] According to ISIS's claims of responsibility. ↑

[6] West African franc is a currency used by eight countries in West Africa, members of the West African Economic and Monetary Union: Benin, Burkina Faso, Ivory Coast, Guinea Bissau, Mali, Niger, Senegal, and Togo. ↑

[7]                                    https://twitter.com/Michael_Barak/status/1590643174803853312?t=P2cJzOyrqWR1AVGKa_N9nA&s=08

(https://twitter.com/Michael_Barak/status/1590643174803853312?t=P2cJzOyrqWR1AVGKa_N9nA&s=08) ↑

_(mailto:?Subject=Spotlight_on bal_Jihad_(November_10-16, 2)&Body=https://www.terrorism-.org.il/en/spotlight-on-global-d-november-10-16-2022/)

## Related Articles



**Spotlight on Iran and the Shiite Axis (October 15-30, 2024) (https://www.terrorism-**



(https://www.terrorism-

**Spotlight on the Israel-Palestinian Conflict (October 14 – 29 , 2024)**



(https://www.terrorism-

**Spotlight on Terrorism: Hezbollah, Lebanon and Syria (October 14 – 28 ,2024)**

# Keep Up to Date

### Subscribe

## Categories

## Pages

Terrorist Organizations (https://www.terrorism-info.org.il/en/organizations/)

Countries (https://www.terrorism-info.org.il/en/countries/)

Contact Us (https://www.terrorism-info.or

About Us (https://www.terrorism-info.org

Terrorism Information (https://www.terrorism-info.org.il/en/ terrorism-info.org.il/en

Incitement and Delegitimization (https://www.terrorism-info.org.il/en/incitement-and-delegi

The Palestinian Authority (https://www.terrorism-info.org.il/en/the-palestinian-authority/

Display of Captured Materials (https://www.

Site Map (https://www.terrorism-info.org.

Malam Site (https://www.iicc.org.il)

## Library

Library Catalog (http://www.infocenters.co.il/…

(htt…     (ht…        (https://www.l…        …

Created by Moveo (https://moveo.group/)

Terms of use (https://www.terrorism-info.org.il/en/terms-of-use/)