UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v | § § § | CRIMINAL NO. C-24-561 |
| ANAS SAID | § | |

## **PROPOSED VOIR DIRE**

COMES NOW the United States of America, by and through the Acting United States Attorney for the Southern District of Texas, John G.E. Marck, and Assistant United States Attorneys Steven Schammel and Liesel Roscher, and respectfully requests that the Court include the following in jury voir dire, and requests permission to submit such additional instructions as may become appropriate and relevant.

Dated this 6th day of July 2026.

Respectfully submitted,

JOHN G.E. MARCK
UNITED STATES ATTORNEY

By:  *Liesel LeCates Roscher*
STEVEN SCHAMMEL
Assistant United States Attorney
U.S. Attorney's Office
1000 Louisiana, Ste. 2300
Houston, Texas 77002

(713) 567-9325

LIESEL ROSCHER
Assistant United States Attorney
U.S. Attorney's Office
1000 Louisiana, Ste. 2300
Houston, Texas 77002
(713) 567-9000

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing PROPOSED

VOIR DIRE has been sent to defendant's attorneys of record, via ECF filing, on the

6th day of July 2026.

LIESEL LECATES ROSCHER
Assistant United States Attorney

2

## I.    General

The function of the jury is to decide questions of fact; you are the sole judges of the facts, and nothing the Court or the lawyers say or do may in any way encroach on the jury's role as the exclusive fact finder. When it comes to the law, however, as distinguished from the facts, you are to take your instructions from the Court, and you are bound by those instructions. You may not substitute your views of what the law is or what you think it should be. At the conclusion of the case, your function will be to determine the guilt or innocence of the defendant, in accordance with the instructions. I will give you instructions on the law.

a.  Is there any juror who would not be able to follow the instructions I will give?

b.  Does any juror have any preconceived idea or prejudice that would prevent or hinder him or her from following the instructions that the Court will give the jury as to the law?

c.  Explanation concerning the burden of proof – beyond a reasonable doubt.

d.  Explanation concerning the presumption of innocence.

e.  Explanation concerning Right to remain silent.

f.  Explanation concerning phases of trial, specifically, that jurors are only responsible for the guilt phase of trial and are not involved beyond that determination.

## II.  Parties and their witnesses

a.  The United States of America is being represented by the United States Attorney's office. Assistant United States Attorneys Steven Schammel and Liesel Roscher are the prosecutors assigned to the case. They will represent the United States in this case. Does any juror know Mr. Schammel or Ms. Roscher?

b.  Has any juror had any dealings with the United States Attorney's office?

c.  Has any juror had any dealings with the Department of Justice or any other office of that agency?

d.  The defendant is being represented by Sufia Khalid and Suha Najjar. Does any juror know either attorney for the defendant or had any dealings with them?

e.  Does any juror know or had any dealings with the defendant, Anas Said?

f.  Does any juror know, or has any juror ever had any dealings, either directly or indirectly, with the following persons who may testify for the United States at this trial:

(*Have the Assistant U.S. Attorney introduce and/or state the names of witnesses it may call at trial*).

4

- Does any juror know, or has any juror ever had any dealings, either directly or indirectly, with the following persons who may testify for the defense at this trial:

  (*Have counsel introduce and/or state the names of witnesses they may call at trial*).

  - o Would that prevent you from being a fair and impartial juror in this case?

- Does any juror know, or has any juror ever had any dealings, either directly or indirectly, with another other person on the jury panel?

- Would that affect your ability to sit as a juror on this case or to fairly and impartially listen to the evidence and render a verdict in this case?

- Does anyone have difficulty understanding English?

- Has anyone just worked a night shift, feeling ill, or feel like they would have difficulty concentrating on the evidence for any reason?

### III.  Juror Past Experience and Bias

- Has any juror, or a relative or close friend, ever been involved with or appeared as a victim or witness in any investigation by a Government agency? Examples of this include investigations by city police departments, county sheriff's offices, federal agencies such as Border Patrol, Homeland Security, DEA, FBI, or IRS, and grand jury investigations.

- o   Would that experience in any way influence your ability to fairly hear this case?

- Has any juror, relative, or close friend, ever been investigated for, charged with a crime, or convicted of a crime?

- Have any of you previously served on a jury?  If so, was it a federal or state case?

  - o   Was it a criminal or civil trial?

  - o   What was the nature of the case?

  - o   Was the jury able to reach a verdict?

- Have any of you served on a federal or state grand jury?

- Have any of you ever testified in a criminal case? If so, were you called by the prosecution or the defense?

- Have any of you been employed by a law enforcement agency; or are any of you related to, or closely associated with, anyone employed by any law enforcement agency?

- Would any of you more readily believe a law enforcement officer simply because that person is a law enforcement officer?

- Would any of you be less likely to believe a law enforcement officer simply because that person is a law enforcement officer?

- Has anyone worked for a law office, attorney, or have any legal training

including taking legal classes?

- Are you, a member of your family, or close friend, a lawyer or work closely with lawyers?

- Has any juror ever been involved in the defense of a criminal case either as a witness, as a defendant, or in any other capacity?

- Has any juror been accused of a crime?

- Do any of you have family members or friends that have been accused of a crime?

- Does any juror have any bias or strong feelings for or against the United States Department of Justice or the United States Attorney's Office?

- Does any juror have any strong feelings for or against any federal law enforcement agency, or law enforcement in general?

- All of us have probably recently read newspaper stories and seen television reports concerning allegations regarding law enforcement persons which have nothing to do with this case. Do any of you feel that such media stories about unrelated cases and individuals who have nothing to do with this case would somehow influence your decision-making in this case?

- Does any juror have any opinion, philosophy, belief (including religious belief) or prejudice that would prevent him or her from sitting in judgment and deciding the guilt or innocence of a person charged with a crime?

7

- Has anyone ever had a particularly bad or unpleasant experience with any police officer, or a federal agent, such that you felt you were treated rudely or unfairly by this individual? Would that experience in any way influence your ability to fairly hear this case?

- Does anyone have opinions or feelings about the criminal justice system, such as judges, prosecutors, defense lawyers, and law enforcement officials, that would make it difficult for you to be fair and impartial jurors in this case?

### IV.  Specific Questions Related to the Offense

- This is a case involving the attempt to provide material support or resources to a foreign terrorist organization. The case involves an investigation by the Federal Bureau of Investigation. Does anyone have experience or feelings regarding the FBI, its operations, or its agents?

  - Has anyone had any contact with the FBI?

- Does any juror have any fixed opinions about enforcement of terrorism that might interfere with his or her ability to be fair and impartial?

- Do any of you have feelings or opinions about counterterrorism investigations or the way they are conducted?

- Some of the evidence in trial may come from searches conducted by law enforcement or voluntarily provided by third party companies. A search is often a necessary law enforcement tool and, in the context of this case, is entirely

legal. With this in mind, do you have views on the use of searches and evidence recovered during the course of searches that would make it difficult for you to consider such evidence fairly and impartially?

- The case involves lawful investigative techniques. Do any of you have strong feelings about the way law enforcement conducts investigations or regarding any investigative techniques?

- Does anyone have any views regarding the Islamic faith that would make it difficult to be fair and impartial in this case?

- Have any of you heard anything regarding this case previously, such as in the media?

- Does anyone here have their own YouTube channel, podcast, run a social media group, vlog, or create online content?

- This case contains a jury instruction regarding the First Amendment. Does anyone have strong feelings regarding the first Amendment or strong feelings regarding the legal restrictions of free speech?

- Does anyone have training in computer forensics?

- Does anyone believe the United States should not designate any group as a terrorist organization?

- Do any of you have training, such as taking classes regarding terrorism or counterterrorism?

9

## V.  Conclusion

In short, what we are attempting to learn by this process is whether any juror holds any beliefs or feelings that would make it too difficult for a juror to reach a fair and impartial verdict. If there is anything any juror wishes to bring to the court's attention that might bear on that juror's service, please do so by raising your hand. You will not be asked to publicly state what it is. Instead, I will have you approach me and state what is on your mind.