United States Courts
Southern District of Texas
FILED
*July 24, 2026*
Nathan Ochsner, Clerk of Court

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

**UNITED STATES OF AMERICA**

**v.**

**ANAS SAID**

**CRIMINAL No. 4:24-cr-561**

# SENTENCE DATA SHEET

**DEFENDANT'S IMMIGRATION STATUS:** U.S. Citizen

**GUILTY PLEA:** Count One: Concealing Material Support of Terrorism, 18 U.S.C. § 2339C(c)(2)(A).
Count Two: Making Material False Statements, 18 U.S.C. § 1001(a)(2).

**SUBSTANCE OF PLEA AGREEMENT:** Pursuant to Rule 11(c)(1)(A), the Defendant agrees to plead guilty to the Information. The Government will not oppose the Defendant's request for full acceptance of responsibility. The Defendant waives his right to appeal and collaterally attack his conviction. The government agrees to dismiss the charges in the indictment in exchange for the plea to Count 1 and 2 of the Information.

**COUNT ONE:** Concealing Material Support of Terrorism, 18 U.S.C. § 2339C(c)(2)(A).

**ELEMENTS:**

COUNT 1
18 U.S.C. § 2339C(c)(2)(A).

1. While in the United States;
2. The defendant knowingly concealed or disguised the nature, location, source, ownership, or control of any material support or resources;
3. Knowing or intending that the material support or resources are to be provided, or were provided, to a designated foreign terrorist organization in violation of 18 U.S.C. Section 2339B.

**PENALTY COUNT 1:** Term of imprisonment not to exceed 10 years; term of supervised release up to any years or life; fine not to exceed $250,000 or twice the greater of the gross gain or loss from the offense; and $100 special assessment.

**COUNT TWO:** Making Material False Statements, 18 U.S.C. § 1001(a)(2).

**ELEMENTS:**

COUNT 2
18 U.S.C. § 1001(a)(2).

1. That the defendant made a statement;
2. That the statement was false, fictitious, or fraudulent;
3. That the defendant made the statement knowing that it was false;
4. That the defendant made the false statement willfully for the purpose of misleading the FBI;
5. That the statement pertained to a matter within the jurisdiction of the FBI, part of the executive branch of the United States.

| | |
|---|---|
| **PENALTY COUNT 2:** | Term of imprisonment not to exceed 5 years; term of supervised release up to three years; fine not to exceed $250,000 or twice the greater of the gross gain or loss from the offense; and $100 special assessment. |
| **RESTITUTION:** | Not applicable |
| **FORFEITURE:** | See plea agreement |
| **ALTERNATIVE FINE BASED ON GAIN OR LOSS:** | Not applicable |
| **SENTENCING GUIDELINES:** | Advisory |
| **SPECIAL ASSESSMENT:** | $100 per count of conviction |
| **ATTACHMENTS:** | Plea Agreement |