UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO: 4:24-CR-561** |
| | § | |
| **ANAS SAID,** | § | |
| **Defendant.** | § | |

**<u>MOTION FOR PRELIMINARY ORDER OF FORFEITURE</u>**

Now comes the United States by and through the United States Attorney for the Southern District of Texas and the undersigned Assistant United States Attorney requesting the Court to enter a Preliminary Order of Forfeiture. In support of this motion, the United States submits the following:

1. On July 24, 2026, ANAS SAID (hereinafter "Defendant"), pled guilty to Counts One and Two of the Superseding Information. Count One charges him with Concealing Material Support of Terrorism, in violation of Title 18 U.S.C. § 2339C(c)(2)(A). Count Two charges him with Making Material False Statements, in violation of Title 18 U.S.C. § 1001(a)(2). DE 79.

2. The Superseding Information included a Forfeiture Allegation pursuant to Title 18 U.S.C. § 981(a)(1)(C) and (H), in which the United States noticed its intent to forfeit: (1) any property, real or personal, involved in a violation or attempted violation, or which constitutes or is derived from proceeds traceable, as a result of the offenses; and (2) any property, real or personal, involved in a violation or

attempted violation of 18 U.S.C. § 2339C, or which constitutes proceeds or is derived from proceeds of a violation of 18 U.S.C. § 2339C. DE 79.

3. The United States is seeking forfeiture of the following:

a) Black Samsung cell phone, S/N: R58M95MTEJV
b) Silver Lenover laptop, S/N: PF2BSRLC
c) Black Samsung tablet, S/N: R9YT700AAHI
d) Black Asus laptop, S/N: N3NOCX20E282111
e) Samsung cell phone - black with silver back
f) Blue pen + gear notebook/ notebook with ISIS pledge stencil
g) Top Gun target
h) Black Flag with Arabic writing
i) Five (5) box-cutters & One (1) folding knife
j) Mossy Oak folding knife
k) Black folding knife
l) Dell Latitude 5480 S/N 5DXCNN2 laptop with charger
m) Blu Cell Phone Model S91PRO
n) Sandisk Cruzer Glide USB (16GB)
o) ONN 3.0 USB # 100003559 (64GB); and
p) Motorola Phone [damaged],

(Hereinafter, collectively referred to as "subject property").

4. Pursuant to the plea agreement executed on July 24, 2026, Defendant agreed to forfeit the subject property. DE 87.

5. The factual basis submitted by the Government's attorney and agreed to by Defendant in the plea agreement establishes that the Defendant knowingly concealed

and disguised the nature, location, source, ownership, and control of material support or resources, knowing and intended that the material support or resources were to be provided to a designated foreign terrorist organization, namely, the Islamic State of Iraq and al-Sham.

6. Rule 32.2(b)(1) of the Federal Rules of Criminal Procedure provides that a forfeiture determination “may be based on evidence already in the record, including any written plea agreement, and on any additional evidence or information submitted by the parties and accepted by the court a relevant and reliable.” The factual basis of record supports the finding that Subject Property is property involved in the offenses of Concealing Material Support of Terrorism and is, accordingly, subject to forfeiture. Furthermore, the Defendant has agreed to the forfeiture.

7. The United States respectfully requests the Court to enter the attached Preliminary Order of Forfeiture forfeiting the Subject Property to the United States.

Respectfully submitted,

AARON F. REITZ
United States Attorney
Southern District of Texas

By: s/ Tyler Foster
TYLER FOSTER
Assistant United States Attorney
SDTX No: 3802443
Oklahoma: 34839
800 N. Shoreline Blvd., Suite 500
Corpus Christi, Texas 78401
Phone: 361/888-3111
Email: tyler.foster2@usdoj.gov

## CERTIFICATE OF NONCONFERENCE

The Defendant has not been consulted regarding the filing of this motion, as the Defendant agreed to the forfeiture through his plea agreement.

By: s/ Tyler Foster
TYLER FOSTER
Assistant United States Attorney

## CERTIFICATE OF SERVICE

A true and correct copy of this pleading was served on counsel of record via electronic court filing.

By: s/ Tyler Foster
TYLER FOSTER
Assistant United States Attorney