United States District Court
Southern District of Texas
**ENTERED**
August 14, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | **CRIMINAL NO: 4:24-CR-561** |
| | § | |
| **ANAS SAID** | § | |
| **Defendant.** | § | |

## PRELIMINARY ORDER OF FORFEITURE

Pursuant to Rule 32.2 (b) of the Federal Code of Criminal Procedure this Court now enters a Preliminary Order of Forfeiture and makes the following findings:

1. On July 24, 2026, ANAS SAID (hereinafter "Defendant"), pled guilty to Counts One and Two of the Superseding Information. Count One charges him with Concealing Material Support of Terrorism, in violation of Title 18 U.S.C. § 2339C(c)(2)(A). Count Two charges him with Making Material False Statements, in violation of Title 18 U.S.C. § 1001(a)(2).

2. The Superseding Information included a Forfeiture Allegation pursuant to Title 18 U.S.C. § 981(a)(1)(C) and (H), in which the United States noticed its intent to forfeit: (1) any property, real or personal, involved in a violation or attempted violation, or which constitutes or is derived from proceeds traceable, as a result of the offenses; and (2) any property, real or personal, involved in a violation or attempted violation of 18 U.S.C. § 2339C, or which constitutes proceeds or is derived from proceeds of a violation of 18 U.S.C. § 2339C.

Accordingly, the Court ORDERS that:

3. The following property is forfeited to the United States of America:

   a) Black Samsung cell phone, S/N: R58M95MTEJV
   b) Silver Lenover laptop, S/N: PF2BSRLC
   c) Black Samsung tablet, S/N: R9YT700AAHI
   d) Black Asus laptop, S/N: N3NOCX20E282111
   e) Samsung cell phone - black with silver back
   f) Blue pen + gear notebook/ notebook with ISIS pledge stencil
   g) Top Gun target
   h) Black Flag with Arabic writing
   i) Five (5) box-cutters & One (1) folding knife
   j) Mossy Oak folding knife
   k) Black folding knife
   l) Dell Latitude 5480 S/N 5DXCNN2 laptop with charger
   m) Blu Cell Phone Model S91PRO
   n) Sandisk Cruzer Glide USB (16GB)
   o) ONN 3.0 USB # 100003559 (64GB); and
   p) Motorola Phone [damaged],

(Hereinafter, collectively referred to as "subject property").

4. The factual basis submitted by the Government's attorney within the plea agreement and motion for preliminary order of forfeiture further establishes the requisite nexus between the offense and the forfeiture of the Subject Property.

5. As a result of the foregoing, the Court finds that the Subject Property is forfeited to the United States and that the United States has forfeiture of said property

against Defendant. Said forfeiture shall be final as to the Defendant at sentencing and will be included in the Defendant's sentence and judgment.

6. Pursuant to 21 U.S.C. § 853(n), the United States shall: (a) directly notify all persons or entities known to own or claim an interest in the forfeited property; and (b) publish in a Government internet site (www.forfeiture.gov) notice of the entry of this Order, the intent of the United States to dispose of the forfeited property, and advise any claimants to file a petition with the Court and the Assistant United States Attorney assigned to this matter within thirty (30) days of the final publication of this notice or if actual notice was received, then within thirty (30) days of receipt, requesting the court for a hearing to adjudicate the validity of his/her alleged interest in the property. The petition shall be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the property, the time and circumstances of the petitioner's acquisition of the right, title, or interest in the property, any additional facts supporting the petitioner's claim, and the relief sought. The petition should be filed with the United States District Clerk, Southern District of Texas, Houston Division, United States Courthouse, 515 Rusk Avenue, Houston, Texas 77002. A copy of the petition shall be sent to Tyler Foster, Assistant United States Attorney, 800 N. Shoreline Blvd., Suite 500, Corpus Christi, Texas, 78401.

7. Upon adjudication of all third-party claims, the Court will enter a final judgment and order of forfeiture pursuant to 21 U.S.C. § 853(n) and Fed. R. Crim. P. 32.2 (c)(2).

Signed at Houston, Texas, on Aug 14, 2026.

David Hittner
United States District Judge