United States District Court
Southern District of Texas
**ENTERED**
August 25, 2026
Nathan Ochsner, Clerk

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | **CRIMINAL NO. 4:24-561** |
| | ) | |
| **v.** | ) | |
| | ) | |
| **ANAS SAID,** | ) | |
| **Defendant** | ) | |
| | ) | |
| | ) | |
| | ) | |

**PROTECTIVE ORDER**

This matter is before the Court on the government's Second Spplement to its *Ex Parte, In Camera*, and Sealed Motion for a Protective Order Pursuant to the Classified Information Procedures Act ("CIPA") Section 4 and Federal Rule of Criminal Procedure 16(d)(1), filed May 21, 2026 (the "Government's Second Supplemental Submission").

The Court has reviewed the Government's Second Supplemental Submission, CIPA, and Federal Rule of Criminal Procedure 16. Having considered the Government's Second Supplemental Submission, including the memorandum of law in support of the motion and the other accompanying attachments, the Court **GRANTS** the government's motion in its entirety.

The Court finds that the Government's Second Supplemental Submission was properly filed *ex parte* and *in camera* for this Court's review pursuant to CIPA Section 4 and Federal Rule of Criminal Procedure 16(d)(1).

On the basis of the Court's independent review of the Government's Second Supplemental Submission, the Court finds that the government has made a sufficient showing that the information at issue was classified pursuant to Executive Order 13526 and its predecessors, and that its disclosure could cause serious damage or exceptionally grave damage to the national security of the United States. The Court further finds that the government properly invoked the provisions of CIPA and its classified information privilege as to the information referenced in the classified order.

Accordingly, it is:

**ORDERED** that the government's motion for a protective order in the Government's Second Supplemental Submission is hereby granted; and it is further,

**ORDERED** that the Government's Second Supplemental Submission is hereby sealed, and shall remain preserved in the custody of the Classified Information Security Officer, in accordance with established court security procedures, to be made available to the appellate court in the event of an appeal.

//
//
//
//

**SO ORDERED** this 25 day of Aug, 2026.

HONORABLE DAVID HITTNER
UNITED STATES DISTRICT JUDGE